No. 63. WILLIAM MEIER *v.* THE STATE OF FLORIDA. Error to the Supreme Court of the State of Florida. Argued October 19, 1925. Decided October 26, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code as amended

by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton*, 252 U. S. 1, 5–6. *Mr. Henry C. Clark* with whom *Messrs. Oscar O. McCollum, Charles Cook Howell* and *Austin Miller* were on the brief, for plaintiff in error. *Messrs. Rivers Buford* and *Marvin Crosby McIntosh* for defendant in error submitted.